UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christian Paul C., | File No. 24-cv-772 (ECT/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Martin O'Malley, *Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on September 30, 2024. ECF No. 14. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**.

2. Plaintiff's request to reverse or remand the Commissioner's decision [ECF No. 9] is **DENIED**.

3. Defendant's request to affirm the Commissioner's decision [ECF No. 13] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 16, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court